**DISMISS and Opinion Filed August 16, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00900-CV**

## IN THE INTEREST OF N.G.M., A CHILD

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-15-15834**

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Lang
Opinion by Justice Lang

Before the Court is appellant's August 9, 2016 correspondence stating that she no longer wishes to pursue this appeal. We construe her correspondence as a motion to dismiss the appeal.

We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

160900F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF N.G.M., A CHILD

No. 05-16-00900-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-15834.
Opinion delivered by Justice Lang.
Chief Justice Wright and Justice Bridges participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Henry Melara recover his costs of this appeal from appellant Nicole Rhoten.

Judgment entered this 16th day of August, 2016.